[No. 46981-9-I.  Division One.  May 28, 2002.]

STEPHANIE JOHNSON, *Appellant*, v. ALPINE HUT, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-03548-8, J. Kathleen Learned and Palmer Robinson, JJ., entered March 3 and May 6, 1999, and June 12 and July 10, 2000. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 47558-4-I.  Division One.  May 28, 2002.]

ANNA HWANG, *Respondent*, v. CRAIG RHODES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-22473-7, J. Kathleen Learned, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 47806-1-I.  Division One.  May 28, 2002.]

ERNA MUNSKE, ET AL., *Respondents*, v. GEORGE BROOKINGS, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Skagit County, No. 99-2-00489-5, John M. Meyer, J., entered May 30, October 13, and November 15, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy and Ellington, JJ.

[No. 48015-4-I.  Division One.  May 28, 2002.]

AYER LIMITED PARTNERSHIP, *Respondent*, v. ERROL C. SPEED, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 00-2-05109-4, Alan R. Hancock, J., entered February 5, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.